UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICE ANTHONY PEELER, | No. 2:15-cv-2582 TLN CKD P |
| Petitioner, | |
| v. | ORDER |
| DAVE DAVEY, | |
| Respondent. | |

Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 30) is granted; and

2. Petitioner shall file and serve a traverse on or before June 7, 2017.

Dated: April 19, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/mp
peel2582.111